No. 44780.—Protest 971859–G of Balfour, Guthrie & Co., Ltd. (Boston).

Opinion by BROWN, J.   No evidence was offered in support of the claim made. The protest was therefore overruled.

No. 44781.—Protests 730137–G, etc., of S. A. Feltrificio Italiano (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of wool felt hoods and other articles similar to those involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44782.—Protests 750240–G (B), etc., of L. & L. Trading Co. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of wool hoods and other articles similar to those involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44783.—Protests 796341–G, etc., of Millinery Clearing House, Inc. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of wool hoods and other articles similar to those involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 25, 1940

No. 44784.—Protests 10633–K, etc., of Frontline Millinery Co. (New York).

Opinion by TILSON, J.   On the record presented the protests were dismissed following the authorities cited in Abstract 15400.

BEFORE THE THIRD DIVISION, NOVEMBER 25, 1940

No. 74785.—Protest 999359–G of Rochester Button Co., Inc. (New York).

Opinion by CLINE, J.   The record showed that the cards of buttons were placed in wrappers, packed in boxes which were in wooden cases.   Neither the buttons nor the cards were marked but the wrappers, boxes, and the cases were. In harmony with Abstracts 32464 and 33005 it was found that the cards are the immediate containers of the buttons involved and as they bear no marking to indicate the country of origin the protest was overruled on the authority of *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104).